Nov 30, 2015

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas, 78711

Benjamin Erickson
#2003867-Coffield
2661 FM 2054
Tennessee Colony, T.X.
75884

Dear Sirs,
    I am writing in regards to my new address. Could you please forward any future correspondense to the address above

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

Thank You,

Benjamin Erickson